```
David N. Chandler, Sr.   SBN 60780
David N. Chandler, Jr.   SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Appellants
Jonathan MacLean and
Shelly Hokulami Stewart MacLean
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: <br><br> JONATHAN MacLEAN, and <br> SHELLY HOKULANI STEWART MacLEAN, <br><br>     DEBTORS. <br><br> JEFFRY LOCKE, <br><br>     Plaintiff/Counter-Defendant, <br>     Appellee <br><br> v. <br><br> DOUGLAS O. MacLEAN and <br> JUDITH MacLEAN, <br><br>     Defendants/Counter-Claimaints, <br>     Appellants. | No. **CV 06-02414 SI** <br><br> BK No. 04-12764 <br><br><br> A.P. No. 05-1031 <br><br><br><br><br><br><br> AMENDED <br> REQUEST FOR DISMISSAL <br> (Amended to correct names of <br> Appellants in pleading body) |

    Appellants, Douglas O. MacLean and Judith MacLean, by and through counsel hereby dismiss the within Appeal without prejudice.

```
Dated:    6/15/06                    DAVID N. CHANDLER, p.c.



                                     By: /s/ David N. Chandler
                                     David N. Chandler
                                     Attorney for Appellants
```

CERTIFICATE OF SERVICE

I am a citizen of the United States, and over the age of eighteen (18) years, employed at 1747 Fourth Street, Santa Rosa, California, and not a party to the within action.

On June 16, 2006, I served a copy of the foregoing AMENDED REQUEST FOR DISMISSAL on the interested parties in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States post office mail box at Santa Rosa, California, addressed as follows:

Ray H. Olmstead
Attorney at Law
100 E St., Ste. 220
Santa Rosa, CA 95404

I, JANE F. KAMAS, declare under penalty of perjury that the foregoing is true and correct.

Executed on June 16, 2006, Santa Rosa, California.

/s/ Jane F. Kamas
JANE F. KAMAS



IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Law Offices of
**David N. Chandler, p.c.**
1747 Fourth Street
Santa Rosa, CA 95404
(707) 528-4331